**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ference B. LANG, Defendant– Appellant.**

**No. 07–17125.**

United States Court of Appeals, Ninth Circuit.

Submitted June 16, 2009.*

Filed July 6, 2009.

Samantha S. Spangler, Assistant U.S., USSAC–Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Suzanne Adele Luban, Law Offices of Suzanne A. Luban, Oakland, CA, for Defendant–Appellant.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Ference B. Lang appeals from the district court's order denying his 28 U.S.C. § 2255 habeas motion. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Lang contends that he received ineffective assistance of counsel at trial. This contention fails because Lang has not shown a reasonable probability that, but for counsel's conduct, the result of the trial would have been different. *See Strickland v. Washington,* 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984); *United States v. Sanchez–Cervantes,* 282 F.3d 664, 671– 72 (9th Cir.2002).

Lang also contends that his constitutional rights were violated because facts that increased the maximum penalty were neither alleged in the indictment nor proved beyond a reasonable doubt. As Lang concedes, this contention is foreclosed. *See Sanchez–Cervantes,* 282 F.3d at 671.

**AFFIRMED.**

---

* The panel unanimously denies petitioner's request for oral argument. *See* Fed. R.App.`P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.